**Fill in this information to identify your case:**

Debtor 1: Ashley [First Name] _____ [Middle Name] Nguyen [Last Name]

Debtor 2 (Spouse, if filing): _____ [First Name] _____ [Middle Name] _____ [Last Name]

United States Bankruptcy Court for the: Central District of California

Case number (If known): 8:24-bk-10451

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion If any |
|---|---|---|---|

**2.1**  AD Mortgage
Creditor's Name
6200 Quebec St.
Number  Street
Englewood  CO  80111
City  State  ZIP Code

Describe the property that secures the claim: 104 Nest Pine, Irvine, CA APN 527-404-16

$2,050,000.00   $7,250,000.00   $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) Deed of Trust

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**2.2**  So-Cal Mortgage
Creditor's Name
1300 Dove St. Ste. 213
Number  Street
Newpoert Beach  CA  92660
City  State  ZIP Code

Describe the property that secures the claim: 104 Nest Pine, Irvine, CA APN 527-404-16

$1,667,000.00   $7,250,000.00   $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) Deed of Trust

Date debt was incurred 07/25/2022
Last 4 digits of account number  2  1  3  5

Add the dollar value of your entries in Column A on this page. Write that number here: $3,717,000.00

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 1