PETER C. ANDERSON
United States Trustee
Kenneth M. Misken, SBN 349167
Assistant U.S. Trustee
Nancy S. Goldenberg, SBN 167544
Attorney for the U.S. Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel:  714-338-3400
Fax: 714-338-3421
Nancy.Goldenberg@usdoj.gov

FILED & ENTERED

SEP 09 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re
ASHLEY NGUYEN,

Debtor.

CASE NUMBER:  8:24-bk-10451-SC

CHAPTER 11

ORDER CONVERTING CASE TO ONE
UNDER CHAPTER 7

DATE:    September 4, 2024
TIME:    1:30 p.m.
CTRM:    5C - virtual

A hearing was held via Zoom.gov on September 4, 2024, at 1:30 p.m. before the Honorable Scott Clarkson, United States Bankruptcy Judge for the Central District of California, on the *Motion by United States Trustee to Dismiss Case or Convert Case to One Under Chapter 7 Pursuant to 11 U.S.C. § 1112(b)* filed on June 17, as docket #69 (the "Motion").  Appearances were made as reflected on the Court's records.

Based upon all pleadings and papers on file in this matter and argument of counsel:

//

**IT IS ORDERED THAT**:

1. The Motion is granted.

2. The Chapter 11 case of Ashley Nguyen is converted to a case under Chapter 7.

### 

Date: September 9, 2024

Scott C. Clarkson
United States Bankruptcy Judge